**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM B. MCGARVIN, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| WILLIAM B. MCGARVIN, ) | |
| ) | |
| Appellant(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV00422 ERW |
| ) | |
| PAUL RANDOLPH, ) | |
| JOHN B. LABARGE, JR., ) | |
| ) | |
| Appellee(s). ) | |

**ORDER**

The relief Debtor seeks in his "Emergency Request" [doc. #6] exceeds this Court's jurisdiction. Debtor/Appellant is ordered to file a brief under Federal Rules of Bankruptcy Procedure 8010, to show why his appeal to this Court should not be dismissed, on or before October 22, 2007. Appellee shall serve and file a brief within fifteen (15) days of the brief of appellant. Debtor/Appellant may serve and file a reply brief within ten (10) days after service of the brief of appellee.

**IT IS HEREBY ORDERED** that the parties shall abide by the briefing deadlines set forth above.

**IT IS FURTHER ORDERED** that Debtor's "Emergency Request" [doc. #6] is **DENIED**.

So Ordered this 4th day of October, 2007.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE